WR-71,401-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/4/2015 11:25:49 AM
Accepted 11/5/2015 7:50:22 AM
ABEL ACOSTA
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

RECEIVED IN
COURT OF CRIMINAL APPEALS

November 5, 2015

ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **JUAN RAUL NAVARRO RAMIREZ** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **No. 7:15-mc-01759** |
| | ) | |
| **WILLIAM STEPHENS, Director,** | ) | **Capital Case** |
| **Texas Department of Criminal Justice,** | ) | |
| **Correctional Institutions Division,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**MOTION FOR CONDITIONAL APPOINTMENT OF COUNSEL**

Petitioner, JUAN RAUL NAVARRO RAMIREZ, by undersigned counsel, respectfully requests that the Court appoint Jon Sands, Federal Public Defender for the District of Arizona, to represent him in federal habeas corpus proceedings pursuant to 18 U.S.C. § 3599(a)(2), conditioned upon the approval to be appointed to an out-of-district case by the Administrative Office of the United States Courts, Defender Services Office.  In support of this request, petitioner sets forth the following:

1.      In December, 2004, Petitioner was convicted of two counts of capital murder and sentenced to death.  The Texas Court of Criminal Appeals affirmed Petitioner's conviction on one of the counts of capital murder and his death sentence on December 12, 2007.  *Ramirez v. State*, No. AP-75,167.

2.      On October 14, 2015, the Texas Court of Criminal Appeals denied Petitioner's applications for habeas relief.

1

3.      Counsel originally appointed to represent Petitioner in state habeas corpus proceedings failed to file an application for post-conviction writ of habeas corpus, necessitating appointment of new counsel for Petitioner.  However, in the course of the delay caused by the failure of original state habeas counsel to file a habeas application, Petitioner's one-year federal statute of limitations began to run.  The statute was tolled when a state habeas application was eventually filed by new state habeas counsel, but substantial time ran on the federal statute of limitations.

4.      For this reason, as of the date the Court of Criminal Appeals denied Petitioner's state habeas applications, October 14, 2015, he had only 97 days remaining in his federal statute of limitations.

5.      The Texas Office for Capital and Forensic Writs represented Petitioner at the time his state habeas application was denied.  This office is statutorily precluded from representing its clients in federal habeas proceedings.  We have learned that counsel with the Texas Habeas Assistance and Training (TX HAT) project has recruited counsel willing to undertake Petitioner's federal habeas representation.[1]

6.      Jon Sands, the Federal Public Defender for the District of Arizona, is willing to take the appointment for Mr. Ramirez.  In order for Mr. Sands and his office to be appointed unconditionally, the protocol for appointment in an out-of-district case must be followed.  That protocol is now underway and should be complete in less than two weeks.  In the meantime, the appointment can be made conditioned upon approval to be appointed to an out-of-district case by the Administrative Office of the Courts, Defender Services Division, and can take full effect immediately upon Mr. Sands giving notice to the Court that approval has been received.

---

[1] This Motion follows the Advisory filed by Mr. Ramirez on October 30, 2015, which provided additional detail about the search for qualified federal counsel.  *See* DE 1.

2

7.      Mr. Ramirez has been deemed indigent by the state courts, entitled to appointed counsel, and he remains so.

WHEREFORE, Petitioner requests that the Court appoint Jon Sands, Federal Public Defender for the District of Arizona, to represent him in federal habeas corpus proceedings, conditioned upon the approval to be appointed to an out-of-district case by the Administrative Office of the United States Courts, Defender Services Office.

November 4, 2015                          Respectfully submitted,

                                         /s/ Benjamin B. Wolff
                                         Benjamin  B. Wolff
                                         Texas Bar # 24091608
                                         S.D.Tex. ID No. 2367246
                                         Director, Office of Capital and Forensic Writs
                                         1700 Congress Ave., Suite 460
                                         Austin, TX 78701
                                         Benjamin.Wolff@ocfw.texas
                                         (512) 463-8600
                                         (512) 463-8590 (fax)

Certificate of Service

On November 4, 2015, a copy of the foregoing motion was served upon the Office of the Texas Attorney General by United States mail at the following address:

            Office of the Attorney General
            P.O. Box 12548
            Austin, TX 78711-2548

                                         /s/ Benjamin B. Wolff

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **JUAN RAUL NAVARRO RAMIREZ** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **No. 7:15-mc-01759** |
| | ) | |
| **WILLIAM STEPHENS, Director,** | ) | **Capital Case** |
| **Texas Department of Criminal Justice,** | ) | |
| **Correctional Institutions Division,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**ORDER**

Upon motion by Petitioner Juan Raul Navarro Ramirez and for good cause shown, it is

hereby **ORDERED** that petitioner's Motion for Conditional Appointment of Counsel is granted.

Pursuant to 18 U.S.C. § 3599, the Court appoints Jon M. Sands, Federal Public Defender for the

District of Arizona, 850 W. Adams Street, Suite 201, Phoenix, Arizona 85007-2730, (602) 382-

2700, to represent petitioner in federal habeas corpus proceedings.  Attorneys assigned to work

on the case from the office shall file notices of appearance with the Court.  This appointment is

conditioned upon approval to be appointed to an out-of-district case by the Administrative Office

of the United States Courts, Defender Services Office, and shall become unconditional upon the

Federal Public Defender for the District of Arizona giving notice to this Court that approval was

received.

ENTERED this ___ day of November, 2015.


_____
Peter E. Ormsby
United States Magistrate Judge